UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| APRIL MITCHELL, ) | |
| ) | |
| Plaintiff, ) | 3 08 0719 |
| ) | |
| v., ) | No. 3:08mc0164 |
| ) | Judge Campbell |
| CITY OF NASHVILLE, ) | |
| ) | |
| Defendant. ) | |

### ORDER

The plaintiff, a resident of Nashville, brings this *pro se* action under 42 U.S.C. § 1983. The plaintiff also has submitted an application to proceed *in forma pauperis*.

The Clerk is **DIRECTED** to file the complaint *in forma pauperis*. 28 U.S.C. § 1915(a)(1) However, process shall **NOT** issue.

For the reasons explained in the Memorandum entered contemporaneously herewith, the complaint is **DISMISSED** as frivolous. 28 U.S.C. § 1915(e)(2)(B)(i). Because an appeal from the judgment entered herein would not be taken in good faith, the plaintiff is **NOT** certified to proceed on appeal *in forma pauperis*. 28 U.S.C. § 1915(a)(3).

Entry of this Order shall constitute the judgment in this action.

It is so **ORDERED**

*Todd Campbell*
Todd Campbell
United States District Judge